IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TEWON J ANTHONY MOABEL**                                                                 **PLAINTIFF**

v.                                 **CASE NO. 3:20-CV-00028-BSM**

**POINSETT COUNTY**, *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE